```
                                        FILED
                                        MAR 27 2008
                                        CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA
                                        BY            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Criminal Case No. 08CR0900-JM |
|                                 ) | |
|           Plaintiff,            ) | **I N F O R M A T I O N** |
|                                 ) | |
|      v.                         ) | Title 8, U.S.C., Sec. 1325 - |
|                                 ) | Illegal Entry (Misdemeanor); |
| JOAQUIN LOPEZ-SERRANO,          ) | Title 8, U.S.C., Sec. 1325 - |
|                                 ) | Illegal Entry (Felony) |
|           Defendant.            ) | |

The United States Attorney charges:

Count 1

On or about 2/24/08, within the Southern District of California, defendant JOAQUIN LOPEZ-SERRANO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

WMC:jam:San Diego
3/11/08

<u>Count 2</u>

On or about February 28, 2008, within the Southern District of California, defendant JOAQUIN LOPEZ-SERRANO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 3/27/08

KAREN P. HEWITT
United States Attorney

*[signature]*

W. MARK CONOVER
Assistant U.S. Attorney